IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Glenn D. Bright, | ) | C/A NO. 0:12-2259-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Chris White; Ken Pollet; and P. Kaufmann, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint asserting a claim of employment discrimination based upon race.

On April 9, 2013, this court entered an order providing additional time for Plaintiff to serve the complaint in this matter. *See* Opinion and Order (ECF No. 33). On May 23, 2013, Defendant P. Kaufmann, Inc. filed an answer and Defendants Chris White and Ken Pollet filed a motion to dismiss. *See* ECF Nos. 37 & 38.

As Defendants have now been served and have either answered or filed a pre-answer motion to dismiss, pursuant to Local Civil Rule 73.73.02(B)(2)(g), this matter is returned to United States Magistrate Judge Paige J. Gossett for further pretrial proceedings.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 24, 2013