IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Glenn D. Bright, | ) | C/A NO. 0:12-2259-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Chris White; Ken Pollet; and P. Kaufmann, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint asserting a claim of employment discrimination based upon race.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(g), DSC, this matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings and a Report and Recommendation ("Report"). On October 23, 2013, the Magistrate Judge issued a Report recommending that Defendants' motion to dismiss Defendants White and Pollet be granted, as Title VII claims cannot be pursued against individual defendants. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff filed objections to the Report on November 6, 2013.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by

the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

After conducting a *de novo* review as to objections made, and considering the record, the applicable law, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections, the court agrees with the Report and Recommendation. Accordingly, it is adopted in its entirety by reference in this order.

Plaintiff's objection is that he seeks to "allow the claims against White, Pollet and P. Kaufmann to remain." Obj. at 2 (ECF No. 77). However, as correctly noted by the Magistrate Judge, under Fourth Circuit law, Title VII claims cannot proceed against individuals.

Accordingly, Defendants' motion to dismiss (ECF No. 59) is **granted**. Defendants Chris White and Ken Pollet are dismissed from this action.

This matter is returned to United States Magistrate Judge Paige J. Gossett for further pretrial proceedings.

**IT IS SO ORDERED.**

                                            s/ Cameron McGowan Currie
                                            CAMERON MCGOWAN CURRIE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 13, 2013